IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL M. ST. JOHN, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-2359 |
| v. | : | |
| PATRICK R. DONOHUE, | : | |
| POSTMASTER GENERAL, | : | |
| Defendant. | : | |
| | : | |

# O R D E R

**AND NOW**, this 19th day of April, 2013, upon consideration of Defendant's Motion for Summary Judgment (Document No. 22, filed June 6, 2012), Plaintiff's Memorandum of Law in Response to Defendant's Motion for Summary Judgment (Document No. 26, filed July 10, 2012), Reply in Further Support of Defendant's Motion for Summary Judgment (Document No. 29, filed July 24, 2012), for the reasons set forth in the Memorandum dated April 19, 2013, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **DENIED IN PART AND GRANTED IN PART** as follows:

1. The Motion is **DENIED** with respect to plaintiff's retaliation claim relating to the eleven permanent supervisor positions; and

2. The Motion is **GRANTED** with respect to plaintiff's retaliation claims relating to overtime and the 204-B position at Elkins Park Post Office.

**IT IS FURTHER ORDERED** that a scheduling conference will be convened in due course.

                                                        **BY THE COURT:**

                                                 /s/ Hon. Jan E. DuBois
                                                   **DuBOIS, JAN E., J.**